UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMENDED
ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF SEPTEMBER AND OCTOBER, 2008, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of July and August, 2008. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 06-11073 MORNINGSTAR V. CITY OF DETROIT, ET.AL
2. 07-11134 NICHOLSON V. THE GREAT LAKES TOWING CO.
3. 07-10665 FALCONE V. CITY OF WARREN
4. 07-11950 DUNN V. SCHOOL DISTRICT OF THE CITY OF DETROIT, ET.AL
5. 07-11384 SIMMONS V. CITY OF DETROIT, ET.AL
6. 07-14124 EEOC V. HOSANNA-TABOR EVANGELICAL LUTHERAN CHURCH AND SCHOOL
7. 07-15237 MAGER V. HSBC RETAIL SERVICES
8. 07-14449 BRADLEY V. PEAKE
9. 08-10061 BUTTS V. STATE FARM
10. 07-14422 CUTTING V. FERROUS PROCESSING & TRADING CO.
11. 07-15365 ML MAN V. BLASTRAC
12. 08-10052 HUBBARD-KLIK V. UNITED AMERICAN PAYROLL, ET.AL

                               s/Patrick J. Duggan
                               Patrick J. Duggan
                               United States District Judge

Dated: August 1, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 1, 2008, by electronic and/or ordinary mail.

                               s/Marilyn Orem
                               Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE FINAL PRETRIAL DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 10 DAYS AFTER ANY DECISION ON SUCH MOTION.**