UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF JANUARY AND FEBRUARY, 2009, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of January and February, 2009. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 06-11073 MORNINGSTAR V. CITY OF DETROIT, ET.AL
2. 08-11055 DUBOIS V. OFFICER RANDALLL, ET.AL
3. 07-13298 PETER V. HOWMEDICA OSTEONICS CORP.
4. 07-14946 SALENBIEN V. ALLSTATE INSURANCE CO.
5. 07-14422 CUTTING V. FERROUS PROCESSING & TRADING CO.
6. 07-14795 ELLLISON V. BALINSKI, ET.AL
7. 07-14965 MILLER V. SANILAC CO., ET.AL
8. 08-11081 FARNSWORTH V. GRAND TRUNK WESTERN RAILROAD


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: December 2, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 2, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE FINAL PRETRIAL DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 10 DAYS AFTER ANY DECISION ON SUCH MOTION.**