UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAY HARRISON MORNINGSTAR,
Plaintiff,

v

Case No. 2:06--11073
Hon. Patrick J. Duggan

CITY OF DETROIT, a municipal corporation,
DETROIT POLICE OFFICERS TYRINE
WHEATLEY and LISA BRYSON (MIX),
Defendants.

---

**EXHIBIT INDEX**

Exhibits attached to Notice of Filing Stipulated Trial Exhibits for the Record

| **INDEX OF PLAINTIFFS' TRIAL EXHIBITS FOR THE RECORD** | |
|---|---|
| **Plaintiff's Trial Exhibit No.** | **Description** |
| 1 | In-Sight in-car camera video. |
| 2 | 911 Call, April 15, 2005 (audio file). |
| 3 | Portion of Exhibit 1, excerpts of the In-Sight in-car camera video. |
| 5(a)-5(r) | Detroit Police Department scene photographs taken on April 15, 2005. |
| 6(a)-6(y) | Still Images taken from Plaintiff's Exhibit 1, |

| | |
|---|---|
| | In-Sight in-car camera video. |
| 7 | Enhancement of Plaintiff's Exhibit 1, In-Sight in-car camera video/stills. |
| 8 | Google Earth overhead image of intersection of Fort and Beaubien Streets, Detroit, Michigan, as of April 15, 2005. |
| 9 | PowerPoint Slides of Exhibit 1, In-Sight in-car camera video. |
| 10 | Sworn testimony pursuant to prosecutor's subpoena of Officer Lisa Mix/Bryson, April 19, 2005 |

**INDEX OF DEFENDANT'S TRIAL EXHIBITS FOR THE RECORD**

| **Defendant's Trial Exhibit No.** | **Description** |
|---|---|
| 51 | DPD Officer Tyrine Wheatley's police report |
| 52 | DPD Officer Lisa Bryson/Mix's police report |
| 53 | Investigator's Report prepared for prosecutor by DPD Inv. Tawnya King when requesting warrant |
| 54 | MSP Trooper Jay Harrison Morningstar's police report |
| 55 | Sworn testimony pursuant to prosecutor's subpoena of Officer Tyrine Wheatley, April 19, 2005 |
| 56 | Preliminary Examination Transcript, June 15, 2006, binding Trooper Morningstar over for trial on second degree murder and manslaughter |