# NOTICE REGARDING PLANTIFF'S EXHIBIT 1

**THE PARTIES AGREE THAT PLAINTIFF WILL E-FILE PLAINTIFF'S TRIAL EXHIBIT 1, THE 26 MINUTE IN-SIGHT CAMERA VIDEO, IN A FORMAT READABLE BY THE COURT WITHOUT PROPRIETARY SOFTWARE, ON OR BEFORE JANUARY 6, 2010. DEFENDANTS RESERVE ALL RIGHTS IN THE EVENT PLAINTIFF FAILS TO COMPLY WITH THIS STIPULATION REGARDING TRIAL EXHIBIT 1.**