# NOTICE REGARDING EXHIBIT 2

## PLANTIFF HAS FILED AN EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT 2 IN THE TRADITONAL MANNER.