# NOTICE REGARDING EXHIBIT 3

## PLANTIFF HAS FILED AN EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT 3 IN THE TRADITONAL MANNER.