


5a




5b




5C




5d



5e




5t




5g



5h





5j



5k


B
A
2921




5m


DETROITER



50




5p



5q