


6a


00:39:04 2005/04/14


00:39:05 2005/04/14


00:39:05 2005/04/14




6e


00:39:05 2005/04/14




6g


00:39:06 2005/04/14


00:39:06 2005/04/14


00:39:07 2005/04/14


00:39:07 2005/04/14


00:39:08 2005/04/14


00:39:08 2005/04/14


00:39:08 2005/04/14


00:39:08 2005/04/14


00:39:08 2005/04/14


00:39:16 2005/04/14


00:39:48 2005/04/14




S9


00:40:21 2005/04/14


00:43:20 2005/04/14


00:41:50 2005/04/14


00:43:53 2005/04/14


00:39:02 2005/04/14