# NOTICE REGARDING EXHIBIT 7

## PLANTIFF HAS FILED AN EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT 7 IN THE TRADITONAL MANNER.