
© 2005 TeleAtlas
Image © 2005 Sanborn
© 2005
59.51" N 83°02'29.81" W elev 597 ft
Streaming |||||||||| 100%
Eye a