# NOTICE REGARDING EXHIBIT 9

## PLANTIFF HAS FILED AN EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT 9 IN THE TRADITONAL MANNER.