# DETROIT POLICE DEPARTMENT CRIME REPORT

05-032642
DETROIT POLICE DEPARTMENT
1-2D
5172
1

Case No. 0504140093
Report No. 0504140093.2
Report Date: 4/14/2005 12:30:00 AM



Subject: 01-01-0101-FATAL SHOOTING

Case Report Status: V - VERIFIED
County: 82 - WAYNE
City/Township: 99 - DETROIT
Occurred On: 4/14/2005 12:30:00 AM
(and Between)
Location: E. FORT/BEAUBIEN
CSZ: DETROIT, MI 48226
Census/Geo Code: 5207
Grid: 2 - SCA 0102
Call Source: CAD/DISP
Vehicle Activity
Vehicle Traveling
Cross Street
Means
Other Means
Motive
Other Motives

Date Entered: 4/14/2005 5:37:23 AM
Entered By: 234919 - WHEATLEY, TYRINE
Date Verified: 4/14/2005 6:58:22 AM
Verified By: 230822 - LABURDY, LANCE
Date Approved
Approved By
Connecting Cases
Disposition: ACTIVE
Tactical Actions
Clearance Reason
Date of Clearance
Reporting Agency: DETROIT POLICE DEPARTMENT
Division: 1ST PRECINCT
Notified: NOTIF&CONT-SGT. ROLAND, HOMICIDE-SGT. JONES, #1DESK-LT. LABURDY

Reporting Officer: 234919 - WHEATLEY, TYRINE
Assisted By: 225954 - MIX, LISA
Assist Agency: STATE POLICE

Report Narrative:

P.O. TYRINE WHEATLEY, #4722, S-9
P.O. LISA MIX, #707, S-9

A: NONE, MICHIGAN STATE TROOPER JAY MORNINGSTAR, BADGE#1164.

S :POLICE RUN TO BEAUBIEN/ E. CONGRESS, "DISTURBANCE-MAN IN MIDDLE OF STREET WITH PANTS DOWN".

C: WTR AND PARTNER RECEIVED RADIO RUN TO ABOVE LOCATION, DATE AND TIME. WTR AND PARTNER ARRIVED ON SCENE AT E. FORT/ BEAUBIEN OBSERVED JOHN DOE D086 IN THE MIDDLE OF STREET FACING WESTWARD WITH PANTS AT HIS KNEES. MICHIGAN STATE POLICE CODE# 2921 ON SCEEN AS WELL. WTR POSITION SCOUT CAR FACING W/B ON E. FORT BEHIND VICTIM, CODE# 2921 VEHICLE POSITIONED E/B ON SAME FRONT OF VICTIM. JOHN DOE D086 BEGAN TO APPROACH STATE POLICE VEHICLE, OFFENDER EXITED VEHICLE. WIT#1 ALSO EXITED PASSENGER SIDE OF VEHICLE. OFFENDER THEN REMOVED WEAPON FROM HOLSTER WALKED AROUND DRIVERSIDE DOOR AIMED WEAPON AT JOHN DOE D086, AND FIRED ONE ROUND. JOHN DOE D086 WENT LIMP, AND LAID ON HOOD OF STATE POLICE VEHICLE. WTR CALLED FOR EMS VIA RADIO, AS PARTNER ASSISTED OFFENDER WITH ADMINISTERING BREATHING RESUSCITATION TO JOHN DOE D086. MEDIC #8 ARRIVED ON SCENE, AND CONVEYED JOHN DOE 086 TO DRH. CHART#610786501, DR. HEDGE, CONDITION:DEAD ON ARRIVAL. 1-73 ALSO AT SCENE. HOMICIDE AT SCENE CODE# 2775, AND 2793. ASSISTANT CHIEF MARTIN AT SCENE. 4703 ALSO CALLED TO SCENE VIA DISPATCH.

O: SAME AS ABOVE.

T: NONE

## Offense Detail: 1310 - AGG/FEL ASSAULT - POLICE OFFICER - GUN

Offense Description: 1310 - AGG/FEL ASSAULT - POLICE OFFICER - GUN
IBR Code: 13A - AGGRAVATED ASSAULT
IBR Group: A
Crime Against: PE
Offense File Class: 13002 - AGGRAVATED/FELONIOUS ASSAULT
PACC
Local Code
Using
Criminal Activity
Weapons: 12 - HANDGUN

Location: 13 - HIGHWAY/ROAD/ALLEY
Offense Completed?: YES
Hate/Bias: 00 - NONE (NO BIAS)
Domestic Violence: NO

No. Prem. Entered
Entry Method
Type Security
Tools Used

A103

# DETROIT POLICE DEP, TMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. 0504140093
Report No. 0504140093.2
Report Date: 4/14/2005 12:30:00 AM

2



## Suspect S1: MORNINGSTAR, JAY

Suspect Number: S1
Name: MORNINGSTAR, JAY
AKA:
Alert(s):
Address:
CSZ:
Home Phone:
Work Phone:

DOB:
Age: 00
Sex: M - MALE
Race: W - WHITE
Ethnicity: U - UNKNOWN
Ht.:
Wt.:
Eye Color:
Hair Color:
Hair Style:
Hair Length:
Facial Hair:
Complexion:
Build:
Teeth:

Place of Birth:
SSN:
DLN:
DLN State:
DLN Country:
Occupation/Grade:
Employer/School:
Res. County:
Res. Country:
Resident Status: U - UNKNOWN

Scars/Marks/Tattoos:
Suspect MO:
Other MO:
Attire:
Habitual Offender Status:

Suspect Notes:

## Victim V1: D086, JOHN DOE

Victim Code: V1
Victim Type: I - INDIVIDUAL
Victim Of: 1310 - AGG/FEL ASSAULT - POLICE OFFICER - GUN

Name: D086, JOHN DOE
AKA:
Alert(s):
Address:
CSZ:
Home Phone:
Work Phone:
Attire:
Injury: F - FATAL
Circumstances: 10 - UNKNOWN CIRCUMSTANCES

DOB:
Age: 00
Sex: M - MALE
Race: B - BLACK
Ethnicity: U - UNKNOWN
Ht.:
Wt.:
Eye Color:
Hair Color:
Facial Hair:
Complexion:

Place of Birth:
SSN:
DLN:
DLN State:
DLN Country:
Occupation/Grade:
Employer/School:
Res. County:
Res. Country:
Resident Status: U - UNKNOWN
Testify:

| Law Enforcement Officer Killed or Assaulted Information | |
|---|---|
| Type | |
| Assignment | |
| Activity | |
| Other ORI | |

| Justifiable Homicide Circumstances | |
|---|---|

Victim Offender Relationships

| Offender | Relationship |
|---|---|
| S1 | 98 - VICTIM WAS STRANGER |

Victim Notes

## Witness W1: MALONE, THERESA

Witness Code: W1
Name: MALONE, THERESA
AKA:
Alert(s):
Address:

DOB:
Age: 00
Sex: F - FEMALE
Race: W - WHITE
Ethnicity: U - UNKNOWN
Ht.:

Place of Birth:
SSN:
DLN:
DLN State:
DLN Country:
Occupation/Grade:

A104

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. 0504140093
Report No. 0504140093.2
Report Date: 4/14/2005 12:30:00 AM



| | | | | | |
|---|---|---|---|---|---|
| CSZ | | Wt. | | Employer/School | |
| | | Eye Color | | Res. County | |
| Home Phone | | Hair Color | | Res. Country | |
| Work Phone | | Facial Hair | | Resident Status | |
| Attire | | Complexion | | Testify | |

Witness Notes

A105