# DETROIT POLICE DEPARTMENT CRIME REPORT

05-052172

DETROIT POLICE DEPARTMENT

Case No. 0504140093
Report No. 0504140093.1
Report Date: 4/14/2005

1-20
5172

1



Subject: 01-01-0101-FATAL SHOOTING

| | | | | |
|---|---|---|---|---|
| Case Report Status | V - VERIFIED | Date Entered | 4/14/2005 4:50:53 AM | Reporting Officer |
| County | 82 - WAYNE | Entered By | 225954 - MIX, LISA | 225954 - MIX, LISA |
| City/Township | 99 - DETROIT | Date Verified | 4/14/2005 6:54:48 AM | |
| | | Verified By | 230822 - LABURDY, LANCE | Assisted By |
| Occurred On | 4/14/2005 12:30:00 AM | Date Approved | | 234919 - WHEATLEY, TYRINE |
| (and Between) | | Approved By | | |
| Location | E. FORT/BEAUBIEN | Connecting Cases | | Assist Agency |
| CSZ | DETROIT, MI 48226 | Disposition | ACTIVE | STATE POLICE |
| Census/Geo Code | 5207 | Tactical Actions | | |
| Grid | 2 - SCA 0102 | Clearance Reason | | |
| Call Source | CAD/DISP | Date of Clearance | | |
| | | Reporting Agency | DETROIT POLICE DEPARTMENT | |
| Vehicle Activity | | Division | 1ST PRECINCT | |
| Vehicle Traveling | | Notified | NOTIF&CONT-SGT. ROLAND, HOMICIDE-SGT. JONES, #1DESK-LT. LABURDY | |
| Cross Street | | | | |
| Means | | | | |
| Other Means | | | | |
| Motive | | | | |
| Other Motives | | | | |

Report Narrative

P.O. TYRINE WHEATLEY, #4722, S-9
P.O. LISA MIX, #707, S-9

A:NONE. STATE TROOPER JAY MORNINGSTAR, BADGE#1164.
S:POLICE RUN TO BEAUBIEN/ E. CONGRESS, "DISTURBANCE-MAN IN MIDDLE OF STREET WITH PANTS DOWN".
C:WTR., AND PARTNER RECEIVED RUN TO LISTED LOCATION AT LISTED DATE, AND TIME. WTR., AND PARTNER ARRIVED ON SCENE AT E. FORT/ BEAUBIEN OBSERVED JOHN DOE DO86 IN THE MIDDLE OF STREET WITH PANTS AT HIS KNEES. STATE POLICE CODE# 2921 ON SCENE ALSO. WTR., AND PARTNER SCOUT CAR POSITIONED FACING W/B ON E. FORT. STATE POLICE VEHICLE POSITIONED FACING E/B ON E. FORT. JOHN DOE D086 BEGAN TO SLOWLY APPROACH STATE POLICE VEHICLE CODE#2921. OFFENDER EXITED VEHICLE. WIT#1 ALSO EXITED PASSENGER SIDE OF VEHICLE. OFFENDER THEN REMOVED WEAPON FROM RIGHT HOLSTER WALKED AROUND DRIVERSIDE DOOR AIMED WEAPON AT JOHN DOE D086, AND FIRED ONE ROUND. JOHN DOE D086 WENT LIMP, AND LAID ON HOOD OF STATE POLICE VEHICLE. WTR'S PARTNER CALLED PRIORITY VIA RADIO, AND REQUESTED EMS FOR ONE DOWN DUE TO GUNSHOT WOUND TO THE CHEST. AT THIS TIME WTR. WAS ASSISTING OFFENDER WITH ADMINISTERING BREATHING RESUSCITATION TO JOHN DOE D086. MEDIC #8 ARRIVED ON SCENE, AND CONVEYED JOHN DOE 086 TO DRH. CHART#610786501, DR. HEDGE, CONDITION:DEAD ON ARRIVAL. 1-73 ALSO AT SCENE. HOMICIDE AT SCENE CODE# 2775, AND 2793. ASSISTANT CHIEF MARTIN AT SCENE. 4703 ALSO CALLED TO SCENE VIA DISPATCH.
O:SAME AS ABOVE.
T:NONE

## Offense Detail: 1310 - AGG/FEL ASSAULT - POLICE OFFICER - GUN

| | | | | |
|---|---|---|---|---|
| Offense Description | 1310 - AGG/FEL ASSAULT - POLICE OFFICER - GUN | | | |
| IBR Code | 13A - AGGRAVATED ASSAULT | Location | 13 - HIGHWAY/ROAD/ALLEY | |
| IBR Group | A | Offense Completed? | YES | No. Prem. Entered |
| Crime Against | PE | Hate/Bias | 00 - NONE (NO BIAS) | Entry Method |
| Offense File Class | 13002 - AGGRAVATED/FELONIOUS ASSAULT | Domestic Violence | NO | Type Security |
| PACC | | | | Tools Used |
| Local Code | | | | |
| Using | | | | |
| Criminal Activity | | | | |
| Weapons | 12 - HANDGUN | | | |

## Suspect S1: MORNINGSTAR, JAY

A100

| | | | | | |
|---|---|---|---|---|---|
| Suspect Number | S1 | DOB | | Place of Birth | |

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. 0504140093
Report No. 0504140093.1
Report Date: 4/14/2005



Name: MORNINGSTAR, JAY
AKA
Alert(s)
Address
CSZ
Home Phone
Work Phone

Age: 00
Sex: M - MALE
Race: W - WHITE
Ethnicity: U - UNKNOWN
Ht.
Wt.
Eye Color
Hair Color
Hair Style
Hair Length
Facial Hair
Complexion
Build
Teeth

SSN
DLN
DLN State
DLN Country
Occupation/Grade
Employer/School
Res. County
Res. Country
Resident Status: U - UNKNOWN

Scars/Marks/Tattoos
Suspect MO
Other MO
Attire
Habitual Offender Status
Suspect Notes

## Victim V1: D086, JOHN DOE

Victim Code: V1
Victim Type: I - INDIVIDUAL
Victim Of: 1310 - AGG/FEL ASSAULT - POLICE OFFICER - GUN

Name: D086, JOHN DOE
AKA
Alert(s)
Address
CSZ
Home Phone
Work Phone
Attire
Injury: F - FATAL
Circumstances: 10 - UNKNOWN CIRCUMSTANCES

DOB
Age: 00
Sex: M - MALE
Race: B - BLACK
Ethnicity: U - UNKNOWN
Ht.
Wt.
Eye Color
Hair Color
Facial Hair
Complexion

Place of Birth
SSN
DLN
DLN State
DLN Country
Occupation/Grade
Employer/School
Res. County
Res. Country
Resident Status: U - UNKNOWN
Testify

| Law Enforcement Officer Killed or Assaulted Information | |
|---|---|
| | Type |
| | Assignment |
| | Activity |
| | Other ORI |

| Justifiable Homicide Circumstances | |
|---|---|

Victim Offender Relationships

| Offender | Relationship |
|---|---|
| S1 | 98 - VICTIM WAS STRANGER |

Victim Notes

## Witness W1: MALONE, THERESA

Witness Code: W1
Name: MALONE, THERESA
AKA
Alert(s)
Address
CSZ
Home Phone
Work Phone

DOB
Age: 00
Sex: F - FEMALE
Race: W - WHITE
Ethnicity: U - UNKNOWN
Ht.
Wt.
Eye Color
Hair Color
Facial Hair

Place of Birth
SSN
DLN
DLN State
DLN Country
Occupation/Grade
Employer/School
Res. County
Res. Country
Resident Status

A101

Case 2:06-cv-11073-PJD-RSW ECF No. 73-12, PageID.1769 Filed 12/22/09 Page 3 of 3

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. 0504140093
Report No. 0504140093.1
Report Date: 4/14/2005



Attire

Complexion

Testify

Witness Notes OFFENDER'S PARTNER.

A102