DETROIT POLICE DEPARTMENT

# INVESTIGATOR'S REPORT

DATE 05/04/05

| IN CUSTODY YES | IN CUSTODY NO | DEFENDANT NAME | ADDRESS WITH ZIP CODE | AGE | SEX | RACE | D.O.B. | IDENT. NO. |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | 1. MSP TROOPER. JAY MORNINGSTAR | POST 29 | | M | WHI | | |
| ☐ | ☐ | 2. | 5-9773 | | | | | |
| ☐ | ☐ | 3. 200551081 | | | | | | |
| ☐ | ☐ | 4. | | | | | | |

OFFENSE (TO BE FILLED IN BY PROSECUTOR)

① [illegible]

| TIME | DATE OF OFFENSE | PLACE OF OFFENSE | DATE OF COMPLAINT | COURT FILE NUMBER | JACKET NUMBER |
|---|---|---|---|---|---|
| 12:30AM | 04/14/2005 | E. Fort @ Beaubien | 04/14/2005 | | 05-111 |

| COMPLAINANT'S NAME | ADDRESS WITH | ZIP CODE | SEX | AGE | D.O.B. | RACE | RELATION TO DEF. |
|---|---|---|---|---|---|---|---|
| Eric Williams | Homeless | | Male | 40 | 04/30/64 | Black | Strangers |

OTHER PENDING CHARGES

COMPLAINANT'S PHONE

PERSON TO SIGN: Information & Belief

ASSISTANT PROSECUTING ATTORNEY

Description of Offense and Investigation: include Date, Time and Circumstance of Arrest and Medical Attention administered to Officers, Defendants and Complainants. Continue on Page 2 if necessary.

On Thursday, April 14, 2005, at approximately 12:25am, Scout 01-01, manned by Detroit Police Officers Tyrine Wheatley #4722 and Lisa Mix #707, responded to the area of E. Fort and Beaubien on the report of a naked man in the street causing a disturbance. Upon arrival, they observed the complainant Eric Williams, B/M/04-30-64, walking towards a Michigan State Police vehicle which was stopped on E. Fort facing east, manned by MSP Trooper Jay Morningstar #1154, and Trooper Teresa Malone #783, with the troopers on the outside of the vehicle. As Mr. Williams approached the troopers, with his pants pulled down to his knees, Tpr. Jay Morningstar fired one shot which struck Mr. Williams in the chest. He was conveyed to DRH where he was pronounced DOA by Dr. Hedge of the hospital staff. His remains were placed on ME File #05-3702 and conveyed to the WCME Office. An autopsy was performed and the cause of death was determined to be a single gunshot wound to the chest and the manner of death is homicide.

The investigation reveals that the decedent, Eric Williams, had entered the Detroiter Bar at 655 Beaubien, and began harassing the customers by demanding money and creating a disturbance. The police were requested as he was escorted from the premises. Once outside, he broke out two of the front windows of the bar. As he walked into the street he began to approach the troopers who were heard to order him to stop at least two separate times. Mr. Williams continued to approach the officers and though apparently unarmed, was shot by Trooper Morningstar.

SIGNATURE OF INVESTIGATING OFFICER: Tawnya King (signed)

REVIEWED AND APPROVED BY (Signature of Commanding Officer): (signed) Homicide (District or Bur.)

DEFENSE

#53

C of D—450-RE(Rev. 10/77)

Page 2

JACKET NUMBER 05-111

**WAYNE COUNTY PROSECUTING ATTORNEY'S RECOMMENDATIONS**

COMPLAINT NUMBER

☐ MISDEMEANOR ☒ FELONY | IN CUSTODY? ☐ YES ☒ NO | PRECINCT (DETROIT) Homicide | DATE

| In Custody | I ☐ DENY ☐ RECOMMEND THE ISSUING OF A WARRANT AGAINST: NAME | ADDRESS | AGE | SEX | RACE | D.O.B. | IDENT. NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | MSP TROOPER, JAY MORNINGSTAR | POST 29 | | M | W | | |
| | | | | | | | |
| | | | | | | | |

OFFENSE (TO BE FILLED IN BY PROSECUTOR) 1) SECOND DEGREE MURDER
2) MANSLAUGHTER - INTENTIONAL AIMING W/O MALICE DEATH RESULTING

TAPE NUMBER

SECTION (TO BE FILLED IN BY PROSECUTOR) (1) 750.317
(2) 750.329

PAGE NUMBER

| COMPLAINANT'S NAME | ADDRESS | CITY | STATE |
|---|---|---|---|
| ERIC WILLIAMS | HOMELESS | DET. | MI. |

INSTRUCTIONS

SIGNED [signature] 56494

ASSISTANT PROSECUTING ATTORNEY

D.P.D. 467C

C of D—273-RE

DPD 467-B(10-77) C of D -450-RE(Rev. 10-77)

DETROIT POLICE DEPARTMENT

# INVESTIGATOR'S REPORT SUPPLEMENT

Page 3

(Use Typewriter)

Name of Defendant #1 only TROOPER JA'' MORNINGSTAR Offense No.

Date of Complaint: 04-14-05

DETAILS OF INVESTIGATION *(Continued)*

WITNESS LIST:

1. REPRESENTATIVE OF THE WCME OFFICE, will testify to the cause and manner of death on file # 05-3702.
2. IDENTIFIER, will testify to identifying the remains on file #05-3702.
3. DAVID PATRICK ZMUDA, will testify to seeing the decedent enter the bar and cause a disturbance, to escorting him out of the bar, to calling 911, and to seeing him shot by the police.
4. EMILY FULTON, will testify to seeing the decedent enter the bar and cause a disturbance, seeing him break the window, and to hearing the gunshot.
5. EDWARD JOSEPH COLLICA, will testify to seeing the disturbance, seeing the decedent break the window, and to hearing the gunshot.
6. JONATHON PAXTON REED, will testify to seeing the disturbance and hearing the gunshot.
7. TODD VACHON, will testify to seeing the disturbance and hearing the gunshot.
8. ANTHONY GELUSO, will testify to seeing the disturbance and hearing a gunshot.
9. WILLIAM REED, will testify to his statement.
10. ANDREA MENNITT, will testify to her statement.
11. DAN JUNCEQ, will testify to his statement.
12. MSP TRP THEREAS MAYLONE, will testify to hearing a shot, to her report.
13. POLICE OFFICER TYRINE WHEATLEY, #1, will testify to receiving a radio run to the location, to seeing the decedent shot by Trooper Morningstar and to reports made.
14. POLICE OFFICER LISA MIX, #1, will testify to receiving a radio run to the location, to seeing the decedent shot by Trooper Morningstar and to reports made.

15. POLICE OFFICER TO... SMITH, ETU, will testify to the collectio—of evidence and reports made.

16. POLICE OFFICER DAVID SOLI, ETU, will testify to the collection of evidence and reports made.

17. INVESTIGATOR TAWNYA KING, will testify to being OIC of the case

CONFESSIONS & STATEMENTS: None

EVIDENCE: See lists