# MSP DETROIT POST CRIME REPORT

MSP DETROIT POST
3050 W Grand Blvd
DETROIT, MI 48202
313 237-2450

Case No. 0502902711
Report No. 0502902711.3
Report Date: 4/17/05

1



Subject: **1300/FA Police shooting**

| | | | | |
|---|---|---|---|---|
| Case Report Status | I - IN PROCESS | Date Entered | 4/17/05 9:29:57 PM | Reporting Officer |
| County | 82 - WAYNE | Entered By | DFSP-1154 - MORNINGSTAR, JAY | DFSP-923 - MAYLONE, THEREAS |
| City/Township | 99 - Detroit | Date Verified | | |
| | | Verified By | | Assisted By |
| Occurred On | 4/14/05 12:30:00 AM | Date Approved | | DFSP-1154 - MORNINGSTAR, JAY<br>DFSP-125 - PRICE, ED |
| (and Between) | | Approved By | | |
| | | Connecting Cases | | Agency Assisted |
| Location | Beaubien and Fort | Disposition | ACTIVE | |
| Census/Geo Code | | Clearance Reason | | |
| Grid | | Date of Clearance | | Assisted Agency Case Number |
| Call Source | | Reporting Agency | MSP DETROIT POST | |
| | | Division | MSP DETROIT POST | |
| Vehicle Activity | | Notified | | |
| Vehicle Traveling | | | | |
| Cross Street | | | | |
| Means | | | | |
| Other Means | | | | |
| Motive | | | | |
| Other Motives | | | | |

Report Narrative

SUMMARY:

While traveling eastbound on Fort approaching Beaubian I saw a man standing in the roadway.

The man was gesturing wildly to another man standing on the sidewalk and they appeared to be having a verbal altercation. The man was holding his right hand at his stomach area as if he had a weapon, and he was not moving from the roadway as the patrol car approached.

I notified my partner of the man standing in the roadway as we approached. The overhead lights were activated and we exited the patrol vehicle.

As soon as I exited on the drivers side, the man began to close the distance between us rapidly. The man looked me directly in the face and came right toward me, ignoring everything else. The man continued to hold his hand near his stomach as if holding something, his pants were partially lowered below his waist but his movement was not slowed. The street was not well lit in the direction he was facing (westbound on Fort Street from Beaubian, with several lights on that street) but I could make out the man's face clearly. The man had a deranged, angry look to him and he was baring his teeth and literally snarling as he advanced. I could hear strange noises like a growl as he closed in on me.

Fearing for my safety, I drew my service weapon and ordered the man in a loud, clear voice to stop and show his hands. I kept repeating "Stop! Show me your hands! Stop!"

The man never reacted to my commands and kept charging directly toward me with his hand near his waist. As he was almost upon me, I fired my service weapon to stop him.

The man staggered and continued forward slightly. I holstered my service weapon and put the man on the hood of my car and began checking his hands for weapons. None were located and I lay the man back on the ground and began first aid. During the administering of first aid I contacted MSP station 20 and notified them of the shooting and requested EMS.

While administering first aid I noticed several Detroit police officers arriving at the scene. Additional MSP units arrived shortly after and the scene was turned over to them.

STATUS:

24