STATE OF MICHIGAN

IN THE WAYNE COUNTY PROSECUTOR'S OFFICE

RE: INVESTIGATION INTO THE HOMICIDE OF ERIC WILLIAMS

No. 05-008

_______________________________________/

The sworn statement of OFFICER TYRINE WHEATLEY taken on Tuesday, April 19, 2005, at the Wayne County Prosecutor's Office located at the Frank Murphy Hall of Justice, 1441 St. Antoine, Detroit, Michigan.

APPEARANCES:

WAYNE COUNTY PROSECUTOR'S OFFICE
1441 St. Antoine
Detroit, Michigan 48226
(BY: ROBERT DONALDSON, ESQ.)

Appearing on behalf of the People

ALSO APPEARING:

OFFICER CHARLES WICKER
DETROIT POLICE DEPARTMENT

LORRAINE H. NAGY, CSMR 6060
COURT REPORTER

000130

## INDEX


| Witness/Proceedings | Page |
|---|---|
| Officer Tyrine Wheatley | |
| Examination by Mr. Donaldson | 5 |


000131

## EXHIBITS

| No. | Identification | Page |
|---|---|---|
| | No exhibits offered | |

Detroit, Michigan
Tuesday, April 19, 2005 - 3:00 p.m.

\- - -

MR. DONALDSON: Today is April 19, 2005. It is approximately 3:00 p.m. We're here in the 12th floor conference room of the Frank Murphy Hall of Justice in the Office of the Wayne County Prosecutor.

My name is Robert Donaldson, assistant prosecuting attorney. I would ask the others here in the room to identify themselves for the record.

OFFICER WICKER: Charles Wicker, Detroit Police Department.

OFFICER WHEATLEY: Tyrine Wheatley, Detroit Police Department.

MR. DONALDSON: We're here today to take testimony into our investigation into the homicide of Eric Williams, which is our file number 05-008.

Officer Wheatley, you and I had a discussion before we got started about what you might expect; is that correct?

OFFICER WHEATLEY: That's correct.

MR. DONALDSON: And I asked you whether or not you received a subpoena that had a number of rights contained on it, including the right to have a

000132

lawyer here and a right not to answer any questions that could incriminate you. You received such a subpoena, and you understand those rights; is that correct?

OFFICER WHEATLEY: That's correct.

MR. DONALDSON: And I also told you that you were here merely as a witness; that you're not the focus of anything we're going at at this point in time. I told you that too; is that correct?

OFFICER WHEATLEY: Correct.

MR. DONALDSON: And you told me you would be willing to tell me under oath what, if anything, you know about the circumstances surrounding the death of Mr. Williams; is that correct?

OFFICER WHEATLEY: That's correct.

MR. DONALDSON: Would you raise your right hand, please. Do you solemnly swear or affirm that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth?

OFFICER WHEATLEY: I do.

T Y R I N E   W H E A T L E Y

was thereupon called as a witness herein, and after having been first duly sworn, was examined and testified as follows:

E X A M I N A T I O N

000133

BY MR. DONALDSON:
Q Could you please state your name and occupation, sir?
A Tyrine Wheatley, Detroit police officer.
Q And how long have you been a police officer?
A Seven years.
Q And what's your present duty assignment?
A Patrol. 1st Precinct, Platoon 1.
Q And do you have a regular partner?
A Yes.
Q And who would that be?
A Lisa Mix.
Q And you saw her outside just before we got started; is that correct?
A That's correct.
Q Were you working with her on the night that an individual, whose learned name is Eric Williams, was killed outside the Detroiter?
A Yes.
Q Did you know Mr. Williams prior to that date?
A Yes.
Q Did you know him by that name or not?
A Yes.
Q How was it that you came to know him?
A I've had several incidents where I was dispatched

000134

and called to Mr. Williams of him causing a disturbance or him out with no clothes on. There were several incidents where I had the opportunity to either lock him up or take him to the hospital.
Q Was he a homeless man downtown?
A Yes.
Q What was it that led you to the bar that night?
A We were dispatched to that location on a person with no clothes in the middle of the street.
Q Did you have any suspicion as to what you were going to get when you got there?
A Yes.
Q What were those suspicions, and why did you have them?
A Basically from prior knowledge of Mr. Williams, we had been dispatched to him several times in the past. That's his common MO to take his clothing off.
Q All right.
When you got there, did you see him?
A Yes, I did.
Q Where was he when you saw him?
A He was standing in the middle of East Fort facing westbound.
Q Were there any other police vehicles in the vicinity

000135

when you first noticed Mr. Williams?
A Yes, there was a state trooper vehicle stopped in the middle of East Fort with his overheads on. He was facing eastbound on the street.
Q All right.
Now, if I'm picturing this right, you end up pointed at Mr. Williams' back essentially, and the state trooper's car is pointing towards his front essentially? Am I picturing that wrong, or is that right?
A That's correct.
Q When you reached that position, had the troopers gotten out of their vehicle yet?
A No.
Q Your car is equipped with video equipment; is that correct?
A That's correct.
Q Who was driving your vehicle?
A I was.
Q All right.
Have you reviewed the video that was generated on this night?
A Yes, I did.
Q Does that fairly and accurately depict what happened out there that night?

000136

A Yes, it does.
Q When you arrived, did you get out of your car?
A Yes, shortly thereafter.
Q And did the troopers get out of their car?
A Yes.
Q Who got out first, or was it about the same time?
A It was -- the troopers got out slightly before we did.
Q Was Mr. Williams moving or standing still when you first arrived?
A When I first arrived he was standing still.
Q When you first exited the vehicle, was he moving or standing still?
A He was moving.
Q All right.
In what direction was he moving?
A He was moving westbound on East Fort toward the trooper's vehicle.
Q Can you tell which portion of the trooper's vehicle he was walking towards?
A The front end, the hood.
Q About how far did he walk?
A He took approximately three to four steps.
Q At this point in time are the troopers out of their vehicle as well?

000137

A Yes.
Q Do you hear Mr. Williams say anything?
A No, I do not.
Q Do you hear either of the troopers say anything?
A No, I do not.
Q Is it because he didn't happen, or could it have happened and you not heard it?
A There is a possibility it could have happened and I did not hear it.
Q Were there other individuals in the area when this was going on that you observed at that location?
A None that I observed.
Q Was there a crowd control issue that you perceived when you first pulled up?
A No.
Q Is that something that when you respond to a run you take note of, whether or not there are a number of individuals at the scene?
A Yes.
Q And why is that? Why do you take note of the number of individuals at the scene?
A Safety factors.
Q So you are out of your vehicle. The troopers are out of their vehicles. Strike that.
Was there was one trooper or more than one

000138

trooper?
A There was more than one trooper.
Q Describe them.
A The male trooper that was driving the vehicle was a white male. He was approximately 6'. There was a female trooper, a white female trooper.
Q Were they both out of their vehicle?
A Yes.
Q All right.
And where were they situated when Mr. Williams was walking towards the scout car?
A The male, which was the driver, Trooper Morningstar, he was behind the door. Initially when he first got out of the vehicle, he was behind the driver's side door --
Q Okay.
A -- because it was open.
Q And his partner, did she remain on the passenger side, or did she move when Mr. Williams was approaching the vehicle?
A She just stayed where she was. She exited the vehicle, and she stayed in the same position.
Q Describe what happened then when you seen Mr. Williams walking up on the vehicle and the trooper standing behind his door?

000139

A Mr. Williams approached the vehicle. The trooper walked from around the door. He was initially behind the door. He walked from around the door to the front of the door, removing his firearm from the holster and firing a shot.

Q Did you hear or see the shot?

A I heard the shot, yes.

Q And could you see whether or not it took affect, or there was any response anywhere when the shot was fired?

A Mr. Williams slumped over or bent over at the waist and he continued to walk forward to the trooper vehicle where he rested on top of the vehicle.

Q What, if anything -- you referred to him as Trooper Morningstar. Is he somebody you knew by name before that day?

A No.

Q You learned it as a result of these events?

A Yes.

Q What did Trooper Morningstar do after Mr. Williams slumped over on the front of his vehicle?

A It appeared to me that Trooper Morningstar was patting him down for weapons, and it appeared that he was checking his jacket because he had a jacket on. He was checking his jacket to see if he had a

000140

weapon.
Q Did you ever see a weapon?
A I never saw a weapon.
Q Okay.
And you were present when he was getting patted down?
A He was assisted to the ground by the trooper. Trooper Morningstar assisted him to the ground, and then the trooper went immediately to his trunk to get his first aid kit out and begin administering CPR.
Q All right.
Did you hear the trooper speak any words either before or after these events?
A As he was working along with my partner giving him CPR, I did overhear him say "Don't die" or something to that affect. "Don't die."
Q Did you ever hear him talk about the circumstances of the shooting as to why it occurred?
A Not at al.
Q Did you see him conversing with anyone either with the Detroit Police Department or with the Michigan State Police there at the scene that might have been about the circumstances of the shooting?
A No, I didn't.

000141

Q Do you know if Trooper Morningstar's partner had pulled her weapon out when Mr. Williams was approaching?
A I don't know.
Q When you got out of your vehicle, did you have your weapon drawn?
A No, I didn't.
Q Did you draw your weapon when you observed Mr. Williams approaching the direction of Trooper Morningstar?
A No, I didn't.
Q To your knowledge, do you know if your partner did?
A No.
Q All right.
Why didn't you draw your weapon when you saw an individual walking up on a police officer?
A Because I've dealt with him several times in the past, and I know Mr. Williams. I have a personal relationship with him, and I just didn't feel a danger there.
MR. DONALDSON: I don't have any other questions. The officer may have some for you.
OFFICER WICKER: No, sir.
MR. DONALDSON: Sir, it is my habit at this point in time to remind you that your testimony has

000142

been taken under oath and give you a chance to change anything that came out wrong or was untrue. Is there anything that you would like to change about what you told us?

THE WITNESS: No.

MR. DONALDSON: All right.

I appreciate your coming down here. Thank you, sir.

(Proceedings concluded)

000143

**CERTIFICATE**

STATE OF MICHIGAN)
                 )    ss.
COUNTY OF WAYNE  )

I, Lorraine H. Nagy, hereby certify that I reported the foregoing proceedings at the time and place hereinbefore set forth; that the same was later reduced to typewritten form; and that the foregoing is a true, full and correct transcript of said proceedings.

Lorraine H. Nagy, CSMR 6060
Court Reporter

Date: August 29, 2005

000144